

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019

212 468 4800
dglaw.com

Request GRANTED.  The Court shall extend fact discovery to **May 11, 2026**.

**Maureen McLoughlin**
d 212 468 4910
mcloughlin@dglaw.com

March 3, 2026

Date:    March 4, 2026
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

**Via ECF**

Honorable Jennifer L. Rochon, U.S.D.J.
United States District Court
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Cassard v. Omnicom Media Group Holdings Inc., et al*, Case No. 1:25-cv-2201-JLR

Dear Judge Rochon:

Davis+Gilbert LLP represents the Defendants in the above-referenced action. Please accept this letter on behalf of both Plaintiff and Defendants as the Parties' joint request for an extension of the current fact discovery deadline. This is the Parties' first request for an extension.

The current deadline to complete fact discovery is March 11, 2026. (ECF. No. 55.)  The Parties respectfully request an additional 61 days to complete fact discovery. The Parties jointly and respectfully contend that good cause exists for this extension request.

First, the Parties have both served supplemental productions of documents that have delayed the commencement of depositions.

Second, on February 25, 2026, Plaintiff sent a letter to Defendants outlining purported deficiencies in their discovery responses, including witness contact information, which will cause Defendants to look for, and likely produce, additional documents before depositions can begin. The Parties are working cooperatively to avoid seeking the Court's intervention on this discovery issue.

Third, the Parties are confident that once the document issues are resolved, all depositions can be completed if the Court grants this extension request.

Fourth, to date, the Parties have worked cooperatively to resolve discovery disputes, both substantive and logistical, without the Court's intervention.

For all the foregoing reasons, the Parties jointly request that the Court extend the fact discovery deadline by sixty-one (61) days such that all fact discovery shall be completed by May 11, 2026.  The Parties' proposed new deadline is reflected in the proposed scheduling order enclosed herewith.

2

We thank the Court in advance for its consideration of this matter.

Respectfully submitted,

*/s/ Maureen McLoughlin*
Maureen McLoughlin

cc      Alexandria Jean-Pierre
        Marjorie Mesidor
        Angela M. Dunay

Encl.