UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE CASSARD,

                     Plaintiff,

        -against-

OMNICOM MEDIA GROUP HOLDINGS
INC., OMD USA LLC and RALPH PARDO,

                    Defendants.

Case No. 1:25-cv-02201 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the May 13, 2026 conference, Defendant is

GRANTED an additional 3.5 hours to depose Plaintiff, which shall be done virtually.

Defendants request for court reporter costs is DENIED.

The deadline for fact discovery shall be extended to **June 10, 2026**.  The parties are

directed to file a joint letter by **May 15, 2026**, proposing a schedule for filing premotion letters in

advance of the **June 16, 2026** post-discovery conference.

Dated:  May 13, 2026
        New York, New York

                          SO ORDERED.

                          *Jennifer Rochon*

                          JENNIFER L. ROCHON
                          United States District Judge