## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

RENEE CASSARD

                Plaintiff,

-against-


OMNICOM MEDIA GROUP HOLDINGS INC., OMD USA LLC, and RALPH PARDO

                Defendants.

Case No. 1:25-cv-02201-JLR

**PROPOSED ORDER FOR WITHDRAWAL OF APPEARANCE**


Pursuant to Local Civil Rule 1.4 of the United States Court for the Southern District of New York and subject to the approval of the Court, I, Eva Jiménez of Davis+Gilbert LLP hereby withdraw my appearance as attorney of record for Omnicom Media Group Holdings Inc., OMD USA LLC, and Ralph Pardo. Davis+Gilbert LLP remains as counsel for Omnicom Media Group Holdings Inc., OMD USA LLC, and Ralph Pardo in this case.


Dated:  June 22, 2026

                */s/ Eva M. Jiménez*
                Eva M. Jiménez
                Davis+Gilbert LLP
                1675  Broadway
                New York,  NY 10019
                (212) 237 1492
                ejimenez@dglaw.com


Dated: June 23, 2026
      New York, New York

                **SO ORDERED:**

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                UNITED STATES DISTRICT JUDGE