### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

RENEE CASSARD

          Plaintiff,

-against-


OMNICOM MEDIA GROUP HOLDINGS INC., OMD USA LLC, and RALPH PARDO

          Defendants.

</td><td>

Case No. 1:25-cv-02201-JLR


**PROPOSED ORDER FOR WITHDRAWAL OF APPEARANCE**

</td></tr>
</table>

Pursuant to Local Civil Rule 1.4 of the United States Court for the Southern District of New York and subject to the approval of the Court, I, Dana Horowitz of Davis+Gilbert LLP hereby withdraw my appearance as attorney of record for Omnicom Media Group Holdings Inc., OMD USA LLC, and Ralph Pardo. Davis+Gilbert LLP remains as counsel for Omnicom Media Group Holdings Inc., OMD USA LLC, and Ralph Pardo in this case.

Dated:  June 22, 2026

                                      */s/ Dana Horowitz*
                                      Dana Horowitz
                                      Davis+Gilbert LLP
                                      1675  Broadway
                                      New York,  NY 10019
                                      (212) 974-6920
                                      dhorowitz@dglaw.com

Dated: June 23, 2026
     New York, New York   **SO ORDERED:**


                      *Jennifer Rochon*
                      JENNIFER L. ROCHON
                      UNITED STATES DISTRICT JUDGE