**DAVIS +**
**GILBERT**

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019

212 468 4800
dglaw.com

June 23, 2026

**Maureen McLoughlin**
d 212 468 4910
mmcloughlin@dglaw.com

**Via ECF**

Honorable Jennifer L. Rochon, U.S.D.J.
Daniel Patrick Moynihan United States District Court
500 Pearl Street
New York, New York 10007

   Re: *Cassard v. Omnicom Media Group Holdings Inc., et al.*, 1:25-cv-02201-JLR-RWL

Dear Judge Rochon:

   This firm represents the Defendants in the above-referenced case, and I am lead defense counsel.

   On Thursday, June 18th, the Court entered an Order scheduling a case management conference for June 30th. (ECF No. 89). I am unable to appear for the conference as I leave for vacation on the evening of June 25th and return on July 8th. I will be travelling internationally for a reunion with 30 family members.  Accordingly, with this letter, Defendants respectfully request that the Court adjourn the June 30th conference.

   Counsel for the Parties have conferred, and Plaintiff's counsel did not openly consent to this request citing that they did not want to "displease the Court" if other attorneys at Davis+Gilbert LLP were available to attend on June 30th. In response, I reiterated that as designated trial counsel, I need to appear at the case management conference. The parties are available on the following dates: July 10th, 13th, and 29th. This is Defendants' first request for an adjournment of the case management conference.

   We thank the Court in advance for its consideration of this request.

        Respectfully,

        *Maureen McLoughlin*
        Maureen McLoughlin

cc. Counsel of Record, via ECF

Request GRANTED.  The conference scheduled for June 30, 2026, is ADJOURNED until **July 13, 2026**, at **11:00 a.m.**

Date: June 24, 2026
   New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**